UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| UNTONIO RICHARD | CASE NO. 3:20-CV-00975 |
| VERSUS | JUDGE TERRY A. DOUGHTY |
| NIDEC MINSTER CORP | MAG. JUDGE KAYLA D. MCCLUSKY |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, and DECREED that the instant suit is hereby DISMISSED, with prejudice. FED. R. CIV. P. 41(b).

Monroe, Louisiana, this 14th day of May, 2021.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE